**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MERCEXCHANGE, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>eBAY INC. AND HALF.COM, INC.,<br><br>Defendants. | Case No. 2:01-CV-736<br><br>(Pending the United States District Court for the Eastern District of Virginia)<br><br>February 2, 2007 |

**DEFENDANTS EBAY INC.'S AND HALF.COM, INC'S MOTION TO COMPEL KENNETH NAHAN TO COMPLY WITH A SUBPOENA DUCES TECUM**

Defendants eBay Inc. and Half.com, Inc. respectfully move this Court to compel Kenneth Nahan's response to eBay Inc. and Half.com's subpoena *duces tecum*. For the reasons set forth in the accompanying memorandum in support of the motion, defendants respectfully request that their motion be granted and that the Court expedite its ruling on this issue.

Respectfully submitted,

By: *s/David R. Schaefer*________________________
David R. Schaefer (ct 04334)
BRENNER, SALTZMAN & WALLMAN, LLP
271 Whitney Avenue
New Haven, CT 06507-1746
Tel: (203) 772-2600
Fax: (203) 562-2098
dschaefer@bswlaw.com

**ORAL ARGUMENT REQUESTED.**

Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave.
Palo Alto, CA 94301
Tel. (650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave.
Washington, DC 20005
Tel. (202) 371-7000

Attorneys for Defendants eBay Inc. and Half.com, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing DEFENDANTS EBAY INC AND HALF.COM, INC'S MOTION TO COMPEL KENNETH NAHAN TO COMPLY WITH A SUBPOENA DUCES TECUM to be served this 2nd day of February, 2007 via overnight delivery on all counsel and pro se parties of record as follows:

Gregory N. Stillman, Esquire
Hunton & Williams
SunTrust Center #1000
Norfolk, VA 23510

Scott L. Robertson, Esquire
Hunton & Williams
1900 K Street, N.W.
Washington, DC 20006

Seth P. Waxman, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

____________________________________
David R. Schaefer (ct04334)

05697\001\9t4952.doc