ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 FEB 20 P 1:31

| | |
|---|---|
| MERCEXCHANGE, L.L.C., Plaintiff, | Misc. No. 3:07mc38 (JBA) |
| v. | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| eBAY, INC., and HALF.COM, INC. Defendants. | February 16, 2007 |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled action as counsel for the Respondent Kenneth Nathan and Plaintiff MercExchange, L.L.C., in this matter.

Dated at Bridgeport, Connecticut on this 16th day of February 2007.

Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: escofield@znclaw.com

Attorneys for Respondent Kenneth Nahan and Plaintiff MercExchange, L.L.C.

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman
271 Whitney Ave., P.O. Box 1746
New Haven, CT 06511-1746

Jeffrey G. Randall, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Ave., Suite 1100
Palo Alto, CA 94301

Allan M. Soobert, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

Dated at Bridgeport, Connecticut on this 16th day of February 2007.

Robert M. Frost, Jr.